UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JUSTIN UNDERWOOD                                                         PETITIONER

CIVIL ACTION NO. 3:06-CV-273-DPJ

BURL CAIN, *et al.*                                                      RESPONDENTS

ORDER

For the reasons provided in a bench ruling following the oral argument held on December 8, 2025, the Court grants Petitioner's Motion for Reconsideration [141] but denies his Motion to Compel [164]. The Court does, however, amend its September 30, 2025 Order [154] as discussed below.

Petitioner may conduct depositions by written questions under Federal Rule of Civil Procedure 31(a)(4) of the following public entities: the Madison County Sheriff's Department, the Mississippi Highway Patrol, the Madison County District Attorney's Office, the Flora Police Department, the Mississippi State Medical Examiner's Office, the Madison County Coroner's Office, the Office of the Clerk of the Circuit Court of Madison County, and the Mississippi Forensics Laboratory (Mississippi Crime Lab). Each deponent must respond to Petitioner's written deposition questions in good faith and endeavor to provide thorough and accurate responses. The Court reminds Petitioner that "Rule 6 of the Rules Governing § 2254 petitioners 'does not authorize fishing expeditions.'" *United States v. Fields*, 761 F.3d 443, 478 (5th Cir. 2014) (quoting *Ward v. Whitney*, 21 F.3d 1355, 1367 (5th Cir. 1994)). Thus, Petitioner must narrowly tailor his questions to the issues presented by his discovery motions. Finally, if Petitioner concludes that one or more of the referenced entities possesses information that should

be further examined through an oral deposition, he may move the Court to seek leave to conduct those depositions.

        **SO ORDERED AND ADJUDGED** this the 9th day of December, 2025.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE
